Slip Op. 99-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY, GLOBE METALLURGICAL, INC., and SKW METALS & ALLOYS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>CARMARGO CORREA METAIS, S.A. and COMPANHIA FERROLIGAS MINAS GERAIS-MINASLIGAS,<br><br>    Defendant-Intervenors. | **Before: MUSGRAVE, JUDGE**<br>Court No. 97-02-00268 |

**JUDGMENT**

Upon finding that the United States Department of Commerce, International Trade Administration's ("Commerce") *Silicon Metal from Brazil; Amended Final Results of Antidumping Duty Administrative Review*, 62 Fed. Reg. 54,094 (October 17, 1997)("*Amended Final Results*") correct all outstanding errors alleged by plaintiffs and upon due consideration of all other papers and proceedings had herein, it is hereby:

**ORDERED** that the *Amended Final Results* are affirmed in all respects; and it is further

**ORDERED** that all other issues having been decided, this case is dismissed.

_____
R. KENTON MUSGRAVE
    JUDGE

Dated:  January 5, 1999
           New York, New York